STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 83013)
ARJUN P. RAO (State Bar No. 265347)
ERICK K. KUYLMAN (State Bar No. 313202)
2029 Century Park East
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email: *lacalendar@stroock.com*

Attorneys for Defendant
 BMW FINANCIAL SERVICES NA, LLC,
 erroneously sued as BMW FINANCIAL
 SERVICES/CREDIT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMRAN KHAN, | Case No. 2:17-cv-05037 PA (RAOx) |
| Plaintiff, | [Assigned to the Hon. Percy Anderson] |
| vs. | ORDER RE: **STIPULATION OF DISMISSAL OF ACTION IN ITS ENTIRETY WITH PREJUDICE** |
| BMW FINANCIAL SERVICES/CREDIT, | |
| Defendant. | Action Filed: July 10, 2017 |

**TO THE COURT, CLERK OF COURT AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Imran Khan and defendant BMW Financial Services NA, LLC, erroneously sued as BMW Financial Services/Credit, that, pursuant to Federal Rule of Civil Procedure, section 41(a)(1)(ii), the action will be dismissed in its entirety with prejudice and each party shall bear its or his own attorneys' fees and costs.

Respectfully submitted,

Dated: September 15, 2017

STROOCK & STROOCK & LAVAN LLP
ERICK K. KUYLMAN

By: _____
Erick K. Kuylman

Attorneys for Defendant
BMW Financial Services NA, LLC

Dated: September 15, 2017

PLAINTIFF IN PROPRIA PERSONA

By: _____
Imran Khan

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of dismissal filed by the parties, the action is dismissed in its entirety with prejudice. IT IS SO ORDERED.

Date: September 20, 2017

By: _____
Hon. Percy Anderson
Judge of the United States District Court
Central District of California